IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN POWELL, | : | |
|     Plaintiff | : | |
| | : | No. 4:07-cv-02225 |
| v. | : | |
| | : | (Judge Kane) |
| DR. JOHN SYMONS, | : | |
|     Defendant | : | |

# ORDER

**AND NOW**, on this 6th day of November 2013, **IT IS HEREBY ORDERED THAT** Magistrate Judge Schwab's Report and Recommendation (Doc. No. 228) is **NOT ADOPTED**.

**IT IS FURTHER ORDERED THAT** Defendant's motion for summary judgment (Doc. No. 189) is **DENIED**, and the above-captioned action is referred back to Magistrate Judge Schwab for pretrial management.

                                                            s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                           Middle District of Pennsylvania