# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN POWELL,** : | |
|     Plaintiff : | |
| : | No. 4:07-cv-02225 |
| v. : | |
| : | (Judge Kane) |
| **DR. JOHN SYMONS,** : | |
|     Defendant : | |

## ORDER

**AND NOW,** on this 6th day of February 2014, **IT IS HEREBY ORDERED THAT** Defendant's motion for reconsideration (Doc. No. 239) is **DENIED.**

**IT IS FURTHER ORDERED THAT** the above-captioned action is **REFERRED** to Magistrate Judge Schwab for pretrial management.

                                                       s/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania